| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address)<br>ERIC B. KINGSLEY, ESQ. SBN 185123<br>KINGSLEY & KINGSLEY, APC.<br>16133 VENTURA BLVD 1200<br>ENCINO, CA 91436-2416<br>TELEPHONE NO.: (818) 990-8300  FAX NO: (818) 990-2903<br>E-MAIL ADDRESS:<br>ATTORNEY FOR: PLAINTIFF | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT/NORTHERN DISTRICT OF CALIFORNIA<br>STREE ADDRESS: 1301 CLAY ST. #400 SOUTH<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: OAKLAND, CA 94612<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: ALAN SALDANA | Case Number:<br>CV104672EDL |
| DEFENDANT/RESPONDENT: SANOFI-AVENTIS U.S. INC. | |
| PROOF OF SERVICE | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

HEARING DATE:    TIME:    DIV: Unknown

1. At the time of service, I was at least 18 years of age and not a party to this action, and I served copies of the following:

SUMMONS IN A CIVIL ACTION; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER RE CASE MANAGEMENT CONFERENCE; CIVIL COVER SHEET; CLASS ACTION COMPLAINT

2. a. Party served:    SANOFI-AVENTIS U.S. INC.
   b. Person served:   NAT PASCUAL, LEGAL DEPARTMENT COORDINATOR

3. by delivery at: BUSINESS
   a. date:    October 19, 2010
   b. time:    4:19 PM
   c. address: 55 CORPORATE DR, BRIDGEWATER, NJ 08807-1265

4. Manner of service:

   a. Personal service. By personally delivering documents listed in item 1 above.

5. Person who served papers:
   a. Name: LESLIE PASCUAL
   b. Address: 15335 MORRISON ST STE 104, SHERMAN OAKS, CA. 91403-1566
   c. Telephone number: 8189959771
   d. The fee for service was: $150.00
   e. I am (check all that apply):
       (3) a registered California process server:
           (a) Independent Contractor
           (b) Registration number: Unknown
           (c) County: Unknown

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: October 20, 2010

*[signature]*

LESLIE PASCUAL    [10-038748]

---

Form Adopted for Mandatory Use
Judicial Council of California

PROOF OF SERVICE

Code of Civil Procedure, § 417.10

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. CV10 4672 EDL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Sanofi-Aventis U.S., Inc.
was received by me on *(date)* 10/19/2010 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Nat Sousa (Legal Dept Coordinator) , who is designated by law to accept service of process on behalf of *(name of organization)* Sanofi-Aventis U.S., Inc.
on *(date)* 10/19/2010 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 150.00 for travel and $ _____ for services, for a total of $ 150.00 .

I declare under penalty of perjury that this information is true.

Date: 10/20/2010

*Server's signature*

Leslie Pacual
*Printed name and title*

c/o Attorney Related Services, Inc.
15335 Morrison St, Ste 104
Sherman Oaks, CA 91403
*Server's address*

Additional information regarding attempted service, etc: